# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0540

———————————————

REAMON WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Stephen Everett, Judge.

July 15, 2026

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Candice Kaye Brower, Criminal Conflict & Civil Regional Counsel, Michael Jerome Titus, Assistant Conflict Counsel, and Ronald William Thomas, Jr., Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.